IN THE UNITED STATES DISTRICT COURT
FOR THE **Middle** DISTRICT OF TENNESSEE
**19th** DIVISION

**Anthony M. Ellis** Name

Prison Id. No. _____

_____ Name

Prison Id. No. _____

Plaintiff(s)

v. **Southern Health Partners.**
**Janie Russell** LPN/mTA Name
**Robertson Co. Detention Cnt.** Name

Defendant(s)

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial ☑ Yes  ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## FILED PURSUANT TO 42 U.S.C. § 1983

I.  PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

  A.  Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

  ☐ Yes   ☑ No

  B.  If you checked the box marked "Yes" above, provide the following information:

  1.  Parties to the previous lawsuit:

  Plaintiffs  **N/A**

  Defendants  _____

2

2. In what court did you file the previous lawsuit? __N/A__

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? __N/A__

4. What was the Judge's name to whom the case was assigned? __N/A__

5. When did you file the previous lawsuit? __N/A__ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? __N/A__

7. When was the previous lawsuit decided by the court? __N/A__ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

   ☐ Yes   ☑ No

(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

A. What is the name and address of the prison or jail in which you are currently incarcerated? __Robertson Co. Detention Center.__

B. Are the facts of your lawsuit related to your present confinement?

   ☑ Yes   ☐ No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.
   __N/A__

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

   ☐ Yes   ☑ No

If you checked the box marked "No," proceed to question II.H.

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☐ Yes ☐ No

F. If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? _____

2. What was the response of prison authorities? _____

G. If you checked the box marked "No" in question II.E above, explain why not. _____

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☑ Yes ☐ No

I. If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☑ Yes ☐ No

J. If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? __Filed Grievance__

2. What was the response of the authorities who run the detention facility? __(Grievance Attached)__

L. If you checked the box marked "No" in question II.I above, explain why not. __N/A__

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: ~~[scribbled out]~~

Prison Id. No. of the first plaintiff: _____


**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

/

# INMATE MEDICAL SERVICES GRIEVANCE FORM

This form is to be utilized by the inmate in filing a grievance against the medical staff and/or medical treatment received or not received. If the matter is not appropriate for a medical services grievance, a copy of this form will be returned to you marked NO ACTION REQUIRED. Once this form has been appropriately completed, please forward it to the medical staff through the correct channels. The medical staff will review all grievances, and take appropriate action to remedy the grievance. A copy will be given to the Jail Administrator so they are aware of the process and response as well.

Today's Date: 4-3-12   Facility Name/State: Robertson Co. Detention Center.
Inmate's Name: Anthony M. Ellis   Cell No./Location: Q-1
ID # and/or S.S.#:

**Description of Grievance:**
On 4-1-12 I was told by the Medical staff that Nurse Janie denied my Medical Shoes for Support of my Ankle & heel. I have a 38. Bullet shell Lodged in my foot, and i need Some Support on my Ankle, or A shoe with Some type of Arch to Help Absorb impact when i walk. (Request Medical Shoes)

Inmate Signature: Anthony M. Ellis   Date: 4-3-12

*******
I've had 2 surgeries on this Medical Condition.

**TO BE COMPLETED BY MEDICAL STAFF ONLY:** Date Received Grievance: _____

Received by Medical Staff Name: _____

**Action to be taken. Document appropriately.** *If no action needed, why?*

I told you if you want shoes you have to have arch support in them - your shoes here does not have it. It's not our responsibility to supply them with your shoes you want. We approved them you supply them.

Medical Staff: Make 2 copies of the completed form. Keep the original in a folder in the medical office – labeled "Medical Services Grievances". Do NOT put grievances in the medical chart. Give a copy to the Jail Administrator for their records. Return the other copy to the inmate, if security allows. Otherwise, you can verbalize response to the inmate, documenting such on the original form, and then place that original form in your Medical Services Grievance file.

**IF INMATE IS APPEALING MEDICAL RESPONSE TO ORIGINAL INMATE GRIEVANCE FORM:** The inmate must respond on this original form by completed his/her reasons for disagreeing with the medical services response. Once completed, please forward it to the medical staff through the correct channels.

Inmate Signature: _____   Date: _____

Case 3:12-cv-00401   Document 1   Filed 04/23/12   Page 4 of 15 PageID #: 4



# INMATE GRIEVANCE FORM

This form is to be utilized by the inmate in filing a grievance against the medical staff and/or medical treatment received or not received. If the matter is not appropriate for a grievance, this form will be returned to you marked NO ACTION REQUIRED. Once this form has been appropriately completed, please forward it to the medical staff through the correct channels. The medical staff will review all grievances, and take appropriate action to remedy the grievance.

Today's Date: 4-7-12     Facility Name: R.C.D.C.

Inmate's Name: Anthony M. Ellis

Cell No./Location: Q-1     ID # and/or S.S.#:

Description of Grievance:
Having Serious pain in my left ankle due to medical condition. I need a shoe with an arch. This sandal is not appropriate for my heel. I can't wear a flat footed shoe with no arch.

Inmate Signature: Anthony M. Ellis

---

TO BE COMPLETED BY MEDICAL STAFF:

Date Received Grievance: 4-9-12     Received by: J. Russell LPN/MTA

Action to be taken: If no action needed, why?
I have already informed you that if you have arch supports brought in then you could have them. We didn't are doing what we can but you have to meet us half way. We are allowing you shoes with arch support it's not our responsibility to supply those to you. If you want them bad enough you will have family bring them in.

Please forward a copy of this Grievance Form to the inmate, if security allows. Otherwise, verbalize action to be taken, etc.

SHP Form 1/06

PLEASE REPLY ~ 3RD GRIEVANCE
Concerning This Situation.                    3



# INMATE GRIEVANCE FORM

This form is to be utilized by the inmate in filing a grievance against the medical staff and/or medical treatment received or not received. If the matter is not appropriate for a grievance, this form will be returned to you marked NO ACTION REQUIRED. Once this form has been appropriately completed, please forward it to the medical staff through the correct channels. The medical staff will review all grievances, and take appropriate action to remedy the grievance.

Today's Date: 4-9-12          Facility Name: R.C.D.F.

Inmate's Name: Anthony M. Ellis

Cell No./Location: Q-1          ID # and/or S.S.#:

Description of Grievance:
This is my 3rd Grievance Concerning my medical Condition. I Have yet To Get A Response From the clinic Here at R.C.D.C. On 4-4-12 i met with Dr. Matthews. He Approved A Shoe with Arch. Because i Have A 38. Bullet Lodged in my Left Ankle/heel. I'm in pain Every now and then + i Request A Shoe to support my Foot. The Shoes in my Property Have Some Arch, And Some Arch is Better Than No Arch At All. I'm indigent And i don't Have Any means of Getting Shoes Brought To the Jail.

Inmate Signature: Anthony M. Ellis

---

TO BE COMPLETED BY MEDICAL STAFF:

Date Received Grievance: 4-9-12   Received by: J Russell LPN

Action to be taken: If no action needed, why?
You have filled out a grievance every day since the 4th. I have answered everyone. You need to give others time to look at them and respond. We told you that your shoes has no arch support. get someone to bring you some in or else do without.

Please forward a copy of this Grievance Form to the inmate, if security allows. Otherwise, verbalize action to be taken, etc.

SHP Form 12/06

# Robertson County Detention Center

## Inmate Grievance Form

Date: 4-5-12

Complaint: On 4-4-12 DR. Matthews diagnosed my left foot, because of a 38. Bullet Shell lodged in my ankle. He approved a medical shoe with arch for support. I am an indigent inmate with no means of acquiring a shoe from the outside, nor do i have a family member that is able to do so. IF Medical is not going to provide the shoes i need for my medical condition, I Request To wear the shoes in my property that have an arch and that are more supporting for my condition. They are alot more fitting than the orange sandals the jail provides.

**Suggested Solution To Complaint:** To have a medical shoe with an arch or to recieve the shoes in my property with an arch. I need these shoes to support my medical condition. I have a bullet lodged in my heel that could possible worsen if I don't get the shoes i need.

Inmate Name: Anthony M. Ellis

(If needed use back side of form)

This has already been addressed to you by medical Lt. Heatherly 4-12-12
Copy attached


Southern Health Partners
Your Partner in Affordable Inmate Healthcare

# INMATE MEDICAL SERVICES GRIEVANCE FORM

This form is to be utilized by the inmate in filing a grievance against the medical staff and/or medical treatment received or not received. If the matter is not appropriate for a medical services grievance, a copy of this form will be returned to you marked NO ACTION REQUIRED. Once this form has been appropriately completed, please forward it to the medical staff through the correct channels. The medical staff will review all grievances, and take appropriate action to remedy the grievance. A copy will be given to the Jail Administrator so they are aware of the process and response as well.

Today's Date: 4-3-12  Facility Name/State: Robertson Co. Detention Center.
Inmate's Name: Anthony M. Ellis  Cell No./Location: Q-1
ID # and/or S.S.#: _____

Description of Grievance:
On 4-1-12 I was told by the medical staff that Nurse Janie denied my medical shoes for support of my ankle & heel. I have a 38. Bullet shell lodged in my foot, and i need some support on my ankle, or a shoe with some type of arch to help absorb impact when i walk. (Request medical shoes)

Inmate Signature: Anthony M. Ellis  Date: 4-3-12

********************************************************************************
I've had 2 Surgeries on this medical condition.

TO BE COMPLETED BY MEDICAL STAFF ONLY: Date Received Grievance: _____

Received by Medical Staff Name: _____

Action to be taken. Document appropriately. *If no action needed, why?*

I told you if you want shoes you have to have arch support in them - your shoes here does not have it. It's not our responsibility to supply them with your shoes you want. We approved them you supply them.

Medical Staff: Make 2 copies of the completed form. Keep the original in a folder in the medical office – labeled "Medical Services Grievances". Do NOT put grievances in the medical chart. Give a copy to the Jail Administrator for their records. Return the other copy to the inmate, if security allows. Otherwise, you can verbalize response to the inmate, documenting such on the original form, and then place that original form in your Medical Services Grievance file.

IF INMATE IS APPEALING MEDICAL RESPONSE TO ORIGINAL INMATE GRIEVANCE FORM: The inmate must respond on this original form by completed his/her reasons for disagreeing with the medical services response. Once completed, please forward it to the medical staff through the correct channels.

_____
_____
_____
_____

Inmate Signature: _____  Date: _____

## Robertson County Detention Center

## Inmate Grievance Form

Date: 4-8-12

Complaint: Met with Dr. Matthews on 4-4-12. He Approved A Shoe with An Arch Due To Medical Condition (Bullet in Ankle/Heel).

Clinic States They don't provide Such A shoe. I'm Indigent And I don't Have Anyone That Can purchase Any Shoes For me. My Ankle Hurts At Times when i walk. I'm Requesting To wear my Shoes in property. They Have An Arch And They will Help Support The Weight of my Body off my Ankle Better Than these Orange Sandles. A Little Arch to on my Foot is Better Than No Arch At All.

Suggested Solution To Complaint: This issue has already been addressed by medical and Dr. Matthews

Inmate Name: Anthony M. Ellis

( If needed use back side of form)

7

## ROBERTSON DETENTION CENTER

### Informal Complaint form

Date: 4-8-12

Complaint: I Request my shoes in my Property. I was Approved For A Shoe with An Arch By Doctor Matthews on 4-4-12. My Ankle is in pain Due To A Bullet Lodged in my Ankle. A little Arch is Better Than No Arch At All. The Shoes in my Property Have An Arch. I'm Indigent + I Can't get Anyone To Bring me Any Shoes To the Jail.

Response to Complaint: this has already been addressed by medical

Inmate Name: Anthony M. Ellis

Responding Officer: Lt. Heatherly   Date: 4-12-12

(If needed use back side of form)

4

Address of the first plaintiff: ~~[redacted]~~
~~[redacted]~~
(Include the name of the institution and mailing address, including zip code.
If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: Anthony M. Ellis

   Prison Id. No. of the second plaintiff: _____

   Address of the second plaintiff: 311 5th AvE. EAst
   SPRingField Tn, 37172
   (Include the name of the institution and mailing address, including zip code.
   If you change your address you must notify the Court immediately.)

   If there are more than two plaintiffs, list their names, prison identification
   numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

   1. Name of the first defendant: SouthERN HeAlth PartNers/R.C.D.C. JAniE Russell LPN/MTA

      Place of employment of the first defendant: 311 5th AvE. East
      SpRingField Tn, 37172

      The first defendant's address: _____

      Named in official capacity?      ☐ Yes    ☐ No
      Named in individual capacity"    ☑ Yes    ☐ No

   2. Name of the second defendant: _____

      Place of employment of the second defendant: _____

      The second defendant's address: _____

      Named in official capacity?      ☐ Yes    ☐ No
      Named in individual capacity"    ☐ Yes    ☐ No

   If there are more than two defendants against whom you are bringing this
   lawsuit, you must list on a separate sheet of paper the name of each additional
   defendant, their place of employment, their address, and the capacity in which
   you are suing them. If you do not provide the names of such additional
   defendants, they will not be included in your lawsuit. If you do not provide
   their proper name, place of employment, and address, the Clerk will be
   unable to serve them should process issue.

5

## IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

On 4-1-12 I went to the Clinic-medical to see if I could get Medical Shoes Because of An Ankle injury. I was Told By A Nurse Ms Jerrod That Nurse Russell informed Her that i will not Be getting Any medical Shoes. On 4-4-12 I Returned to Medical And Was seen By A Dr. Matthews At R.C.D.C. He Approved A shoe with An Arch After His Examination of my left Ankle. Which I Have Had 2 Surgeries on Due To A Bullet lodged in my Heel. I Was told I needed To Have Someone Bring Some Shoes with Arch To the Jail By Nurse Janie Russell Even After the Doctor Approved A Shoe with Arch. I Am An indigent Inmate And i Have no means To Have Anyone Bring A Shoe to the Jail.

So i Requested the Shoes i Have in property Because They Have An Arch. My left Foot is Swollen And I Stay in Pain Daily. I Had my Foot Examined Again By Dr. Matthews on 4-11-12 And He Told Nurse Janie Russell That my Foot Was swollen And something Needs to Be done. I Asked if i Could Please Have my Shoes in Property. But Nurse Russell Told me Quote: That i wasn't Getting Anything. On 4-12-12 Nurse Russell Came in the Unit I'm Being Housed in And Told me That i was A nigger And That As long As She was working Niggers won't Get Anything For their pain.

I'm Hurting Bad And I need Some Shoes with An Arch For my Medical Condition. The longer i Wear These Sandals the Jail Issues The Worse my Foot will Get. I Am in The Care of the R.C.D.C. It's their Responsibility To Care For Any And Everyone of my medical needs.

## V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. The Cost To purchase shoes For my Medical Condition.

B. Pain & Suffering.

C. Discrimination.

D. For Ms Russell to lose Her license.

E. Denied Medical Treatment

F. I request a jury trial.   ☑ Yes   ☐ No

Case 3:12-cv-00401   Document 1   Filed 04/23/12   Page 12 of 15 PageID #: 12

5

VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _Anthony M. Ellis_ Date: _4-17-12_

Prison Id. No. _____

Address: _R.C.D.C. 311 5th Ave. East._
_SpRingField Tn, 37172_
(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN FORMA PAUPERIS, if not paying the civil filing fee.

SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED IN FORMA PAUPERIS, TOGETHER. Complaints received without the required filing fee or application to proceed in forma pauperis will be returned. Filing fees, or applications to proceed in forma pauperis, received without a complaint will be returned.

MR. Anthony Ellis
311 5th Ave. E
Springfield Tn, 37172                Ø1

RECEIVED
IN CLERK'S OFFICE
APR 23 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

RECEIVED
IN CLERK'S OFFICE
APR 23 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

Clerk, U.S. District Court
U.S. Courthouse, Room 800
Nashville Tn, 37203

Case 3:12-cv-00401   Document 1   Filed 04/23/12   Page 14 of 15 PageID #: 14

LEGAL MAIL

LEGAL MAIL