# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANTHONY M. ELLIS, ) | |
| ) | |
| Plaintiff, ) | No. 3:12-cv-00401 |
| ) | Judge Campbell |
| v. ) | |
| ) | |
| SOUTHERN HEALTH PARTNERS, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The plaintiff, an inmate at the Robertson County Detention Center in Springfield, Tennessee, brings this *pro se* action under 42 U.S.C. § 1983. (Docket No. 1). The plaintiff submitted an application to proceed *in forma pauperis.* (Docket No. 2).

Because the plaintiff is a "three-striker" under the Prison Litigation Reform Act, the court denied the plaintiff's application and ordered the plaintiff to submit the full civil filing fee of three hundred and fifty dollars ($350.00) within thirty (30) days of the court's order of May 7, 2012. (Docket No. 3). The court advised the plaintiff that he could request an extension of time within which to submit the full civil filing fee if such a request was made within thirty (30) days of the court's prior order. (*Id.*)

The court's records indicate that the plaintiff received the court's order of May 7, 2012 on May 8, 2012 (Docket No. 5). To date, however, the plaintiff has not submitted the civil filing fee. Neither has the plaintiff requested an extension of time within which to do so.

Accordingly, this action is **DISMISSED** for failure to comply with the orders of the court, and for want of prosecution. Rule 41(b), Fed. R. Civ. P.; *see Link v. Wabash R.R.*, 370 U.S. 626, 630 (1962); *Knoll v. Am. Tel. & Tel. Co.*, 176 F.3d 359, 363 (6th Cir. 1999).

Because an appeal would **NOT** be taken in good faith, the plaintiff is **NOT** certified to appeal the judgment of the court *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED.**

                                                                                                                   */s/ Todd Campbell*
Todd J. Campbell
United States District Judge