UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ANTHONY M. ELLIS | ) |
| | ) |
| v. | ) NO. 3:12-0401 |
| | ) JUDGE CAMPBELL |
| SOUTHERN HEALTH PARTNERS | ) |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/13/2012.

KEITH THROCKMORTON, CLERK
s/Elaine J. Hawkins, Deputy Clerk